AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

PALMETTO CREST HOLDINGS, LLC and
FREDDY B, LLC,

    Plaintiffs/Counter Defendants.

V.

JOSEPH G. HIERS,

    Defendant/Counter Claimant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:25-cv-63

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order dated January 23, 2026, Plaintiffs' claims against Defendant are dismissed without prejudice for failure to follow the Court's local rules. Additionally, in accordance with the Order dated January 27, 2026, Counter Claimant's motion to dismiss his counterclaim is granted, and the counterclaim is dismissed without prejudice. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

January 28, 2026
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020